

# Fourth Court of Appeals
## San Antonio, Texas

June 7, 2021

No. 04-21-00191-CV

Mario R. **ESPARZA**,
Appellant

v.

Karen R. **ANDERSEN**,
Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2021-PC-0326
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

On March 29, 2021, the probate court signed an order appointing a temporary administrator. Assuming without deciding that the order was appealable, a notice of appeal was due on April 28, 2021, and a motion for extension of time to file a notice of appeal was due on May 13, 2021. *See* TEX. R. APP. P. 26.1, 26.3.

On May 13, 2021, after the deadline to file the notice of appeal, Appellant filed a notice of appeal without filing a motion for extension of time to file a notice of appeal. *See generally Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997) ("[A] motion for extension of time is necessarily implied when an appellant acting in good faith files a [notice of appeal] beyond the time allowed by Rule [26.1], but *within* the fifteen-day period in which the appellant would be entitled to move to extend the filing deadline under Rule [26.3]." (emphasis added)).

We ORDER Appellant to SHOW CAUSE in writing within TEN DAYS of the date of this order why this appeal should not be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 10.5(b) (requirements for a motion for extension of time); *Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989) (reasonable explanation); TEX. R. APP. P. 42.3(a) (dismissal for want of jurisdiction). If Appellant fails to respond within the time provided, this appeal will be dismissed. *See id.* R. 42.3(c) (dismissal for failure to comply with court order).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of June, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court